In the Matter of A-1 REALTY CORPORATION et al., Petitioners, v. STATE DIVISION OF HUMAN RIGHTS, Respondent.—

844

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.